IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INTERMARKET OVERSEAS FOR GENERAL TRADING, EST., Plaintiff, | No: 06-cv-00050 |
| v. | Judge Christine O.C. Miller |
| THE UNITED STATES, Defendant. | |

**PLAINTIFF'S MOTION TO SUBSTITUTE ATTORNEY OF RECORD**

Plaintiff Intermarket Overseas for General Trading, Est., pursuant to RCFC 83.1(c)(4), hereby moves this Court for leave to change its attorney of record from Alan C. Brown to Christopher W. Mahoney. As the endorsement below indicates, Mr. Brown consents to this motion.

SEEN AND AGREED TO:

/s/
Alan C. Brown
Dated: February 23, 2006

Respectfully submitted,

/s/
Christopher W. Mahoney
DUANE MORRIS LLP
1667 K Street N.W., Suite 700
Washington, DC 20006-1608
(202) 776-7867
(202) 776-7801 (fax)

Attorney of Record for
INTERMARKET OVERSEAS FOR
GENERAL TRADING, EST.

DM1\556376.1