IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INTERMARKET OVERSEAS FOR GENERAL TRADING, EST., Plaintiff, | No: 06-cv-00050 |
| v. | Judge Christine O.C. Miller |
| THE UNITED STATES, Defendant. | |

**AFFIDAVIT OF APPOINTMENT**

I, Christopher W. Mahoney, upon penalty of perjury, depose and state as follows:

1. I am over the age of 18 years.

2. I have personal knowledge of the facts stated herein.

3. On or about February 8, 2006, plaintiff Intermarket Overseas For General Trading, Est. appointed me as its attorney of record in this matter.

4. Accordingly, on behalf of Intermarket Overseas For General Trading, Est., this Affidavit of Appointment is submitted in support of plaintiff's Motion To Substitute Attorney of Record, which is submitted herewith.

I hereby affirm under the penalties of perjury that the foregoing is true and accurate to the best of my knowledge.

/s/

Christopher W. Mahoney
DUANE MORRIS LLP
1667 K Street N.W., Suite 700
Washington, DC 20006-1608
(202) 776-7867
(202) 776-7801 (fax)

Attorney of Record for
INTERMARKET OVERSEAS FOR
GENERAL TRADING, EST.

DM1\556378.1