IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERMARKET OVERSEAS FOR GENERAL TRADING, EST., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-50C (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 62 days, to and including May 22, 2006, within which to respond to plaintiff's complaint. Defendant's response to plaintiff's complaint is due on March 21, 2006. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

Upon receipt of the complaint, defendant's counsel of record promptly forwarded it to the United States Department Navy for review and assistance. This case involves a Kuwaiti contractor performing a contract in Kuwait. The unusual location of the case, particularly its involvement and proximity to the ongoing conflict in Iraq, has caused a delay in defendant’s counsel’s ability to gather information and points of contact for the case, and to prepare to respond to the plaintiff’s complaint. The enlargement is necessary to permit defendant’s counsel to establish communications with the Navy, obtain the necessary information concerning the case, prepare the appropriate response

to the plaintiff's complaint, obtain supervisory approval, and file it. For the foregoing reasons, we respectfully request the Court to grant our unopposed motion for an enlargement of time of 62 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

March 21, 2006

CERTIFICATE OF FILING

I hereby certify that on March 21, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith