IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERMARKET OVERSEAS FOR GENERAL TRADING, EST., Plaintiff, | ) | No: 06-50C |
| v. | ) | Judge Christine O.C. Miller |
| THE UNITED STATES, Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Please take notice that plaintiff Intermarket Overseas For General Trading, Est., pursuant to RCFC 41(a)(1), hereby dismisses voluntarily this action without prejudice.

Dated: May 18, 2006

Respectfully submitted,

s/ Christopher W. Mahoney

Christopher W. Mahoney
DUANE MORRIS LLP
1667 K Street N.W., Suite 700
Washington, DC 20006-1608
(202) 776-7867
(202) 776-7801 (fax)

Attorney of Record for
INTERMARKET OVERSEAS FOR
GENERAL TRADING, EST.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal was filed electronically on the 18th day of May, 2006. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Christopher W. Mahoney
Christopher W. Mahoney

DM1\638314.1